UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF NAVY,<br><br>    Defendants. | No. 1:16-cv-01944-DAD-SKO<br><br>ORDER DENYING AS MOOT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND MOTION TO DISMISS<br><br>(Doc. Nos. 5, 10, 19) |

Plaintiff Darryl Phillips is proceeding *pro se* in this action filed under the Administrative Procedures Act on December 30, 2016. (Doc. No. 1.) Defendant filed a motion to dismiss pursuant to Rule 12(b) on March 22, 2017. (Doc. No. 5.) Plaintiff then filed a motion for leave to file an amended complaint on April 4, 2017. (Doc. No. 19.) Plaintiff brought his motion to amend pursuant to Federal Rule of Civil Procedure 15(a)(2), which provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave." However, Rule 15(a)(1)(B) is more applicable in this instance. Under that provision, a party may amend its pleading once as a matter of course, i.e., without court permission, "21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). Plaintiff lodged his amended complaint and then a supplemental complaint with the court on April 3, 2017, which is less than twenty-one days after defendant's Rule 12(b) motion was filed. (Doc. Nos. 5, 10, 11.)

/////

1

1   Accordingly, the Clerk of the Court will be directed to file plaintiff's amended complaint (Doc. No. 10), which is now the operative complaint in this matter and is deemed filed as of the date it was lodged with the court, April 3, 2017.  Plaintiff may only amend once as a matter of course and leave of court must be sought to file any other amendments.[1]  Since plaintiff did not require the court's permission to amend once as a matter of course, his motion to amend (Doc. No. 19) is denied as unnecessary and moot.  Similarly, defendant's motion to dismiss (Doc. No. 5) directed at plaintiff's original complaint is denied as moot due to the amendment, without prejudice to refiling directed to the now-operative complaint in this action.

IT IS SO ORDERED.

Dated:   **April 5, 2017**                                  /s/ Dale A. Drozd
                                                       UNITED STATES DISTRICT JUDGE

---

[1]  Plaintiff's supplemental complaint, which appears to be nearly identical to his amended complaint, is therefore a nullity.