# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PHILLIPS,<br>            Plaintiff,<br><br>vs.<br><br>SECRETARY OF NAVY<br>            Defendant. | Case No.: 1:16-cv-01944-DAD-SKO<br><br>ORDER GRANTING EX-PARTE APPLICATION FOR CONTINUANCE<br><br>(Doc. 49) |

Before the Court is Plaintiff's Ex Parte Application requesting a 60-day extension of time to file his second amended complaint. (Doc. 49.) On August 25, 2017, the Court granted Defendant's motion to dismiss Plaintiff's original complaint with leave to amend. (Doc. 34.) On September 27, 2017, the Court granted Plaintiff a 30-day extension of time to file his second amended complaint. (Doc. 42.)

Having considered Plaintiff's Ex Parte Application (Doc. 49), indicating that Plaintiff recently retained counsel, and in view of Defendant's lack of opposition to Plaintiff's request for an extension, the Court finds that good cause has been shown to the extent of warranting a 30-day extension of time. Fed. R. Civ. 15(a)(2). Accordingly, IT IS HEREBY ORDERED that the deadline by which Plaintiff shall file his second amended complaint is extended to December 15,

//

//

2017, and Defendant shall file and serve a response in accordance with Rule 12(a) of the Federal Rules of Civil Procedure. (See Doc. 42, 2:9-10.)

IT IS SO ORDERED.

Dated: **November 16, 2017**        /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE