**HUFF LEGAL**
ATTORNEY M. RENÉ HUFF (CA SBN 269472)
1060 Fulton Street, Suite 301
Fresno, California 93721
Telephone: (888) 707-6483
Facsimile: (800) 804-4026
Electronic: Huff@HuffLegal.com

Attorney for Plaintiff
DARRYL S. PHILLIPS

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
RICHARD V. SPENCER
Secretary of the Navy

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL S. PHILLIPS,<br><br>                     Plaintiff,<br><br>            v.<br><br>RICHARD V. SPENCER, Secretary of the Navy,<br><br>                     Defendant. | Case No. 1:16-cv-01944-DAD-SKO<br><br>**STIPULATION AND ORDER FOR (1) FILING THIRD AMENDED COMPLAINT; (2) SETTING DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT; AND (3) CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 56) |

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that:

(1)     Plaintiff shall file a Third Amended Complaint on or before February 23, 2018;

(2)     Defendant shall respond to the Third Amended Complaint on or before March 23, 2018; and

(3)     the Scheduling Conference currently set for February 15, 2018, at 9:30 a.m., shall be continued to April 26, 2018, at 9:30 a.m., and the parties shall file a Joint Scheduling Report on or before April 19, 2018.

The reasons for this Stipulation are as follows:

1.     Plaintiff Darryl S. Phillips retained counsel on October 23, 2017, and filed the operative Second Amended Complaint ("SAC") on December 15, 2017, alleging one claim for "Review of Administrative Denial of Request to Upgrade Plaintiff's Discharge to General Discharge."  ECF No. 51. Defendant Richard V. Spencer's initial response to the SAC is due to be filed on or before February 13, 2018.  *See* ECF No. 50; Fed. R. Civ. P. 12(a).

2.     Defendant lodged the Administrative Record on January 24, 2018.  ECF Nos. 54, 55.

3.     Beginning January 26, 2018, the parties met and conferred regarding Defendant's anticipated motion to dismiss the SAC.  As a result of these discussions, the parties have agreed that Plaintiff may file a Third Amended Complaint on or before February 23, 2018, and Defendant may respond to the Third Amended Complaint on or before March 23, 2018.

///
///
///
///
///
///
///
///
///
///

4. In light of the foregoing, and to enhance the efficiency of the Scheduling Conference, the parties respectfully request that the Scheduling Conference be continued from February 15, 2018, to April 26, 2018.

Dated: February 7, 2018        _/s/ M. René Huff_____ (authorized on 2/7/2018)
                         M. RENÉ HUFF

                         Attorney for Plaintiff

Dated: February 7, 2018        McGREGOR W. SCOTT
                         United States Attorney

             By:     _/s/ Joseph B. Frueh_____
                         JOSEPH B. FRUEH
                         Assistant United States Attorney

                         Attorneys for Defendant
                         RICHARD V. SPENCER
                         Secretary of the Navy

## ORDER

Pursuant to the parties' stipulation, and good cause having been shown, the Court GRANTS the Plaintiff leave to file a Third Amended Complaint by no later than February 23, 2018. Defendant SHALL respond to the Third Amended Complaint by no later than March 23, 2018.

The Scheduling Conference set for February 15, 2018, is hereby **CONTINUED to May 3, 2018, at 10:15 A.M. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.** The parties SHALL file their joint scheduling report by no later than April 26, 2018.

IT IS SO ORDERED.

Dated:   **February 7, 2018**           _/s/ Sheila K. Oberto_____
                                  UNITED STATES MAGISTRATE JUDGE